ACCEPTED
14-15-00007-cv
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
4/1/2015 5:45:26 PM
CHRISTOPHER PRIN
CLERK

# IN THE COURT OF APPEALS
## FOR THE FOURTEENTH APPELLATE DISTRICT

### NO. 14-15-00007-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/1/2015 5:45:26 PM
CHRISTOPHER A. PRINE
Clerk

**GOPIKRISHNA P. DORAISWAMI,**

APPELLANT,

**v.**

**PIPING TECHNOLOGY & PRODUCTS, INC.**

APPELLEE.

### APPELLANT'S SECOND UNOPPOSED MOTION
### FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Appellant Gopikrishna Doraiswamy files this Second Unopposed Motion for Extension of Time to File Appellant's Brief under the authority of Texas Rule of Appellate Procedure 10.5(b) and would respectfully show the following:

1. This is an appeal from an order of the 333rd Judicial District Court entered December 10, 2014, granting a temporary injunction in favor of Appellee.

2. Appellant's opening brief is due to be filed on or before April 1, 2015.

3. This motion seeks an extension of time of 14 days, up to and including April 15, 2015.

4. This is Appellant's second request for an extension to file his brief.

5. On December 30, 2014, Appellant filed a Motion to Dissolve Temporary Injunction with the trial court. That Motion was set for oral hearing in the trial court on March 20, 2015. The oral hearing was not concluded on that date

and was reset to March 31, 2015. The oral hearing concluded on March 31, 2015, without a ruling from the bench. A ruling from the trial judge on the Motion to Dissolve is expected shortly.

6.     Appellant seeks the 10-day extension of the briefing deadline to allow the trial court to rule on the pending Motion to Dissolve Temporary Injunction prior to briefing in this matter as the outcome of that motion may be dispositive of this appeal.

Therefore Appellant Gopikrishna Doraiswamy respectfully requests that the Court extend the time for him to file his opening brief by 14 days, up to and including April 15, 2015.

Respectfully submitted,

**ELLISON & KELLER, P.C.**

/s/Kelley M. Keller
By: Tracey N. Ellison
State Bar No.15054720
Kelley M. Keller
State Bar No. 11198240
5120 Woodway, Suite 6019
Houston, Texas 77056
Telephone: 713-266-8200
Facsimile: 713-266-8201
kkeller@ellison-keller.com

*Attorneys for Appellant*

## CERTIFICATE OF CONFERENCE

I, Kelley M. Keller, certify that on March 31, 2015, I conferred in person with counsel for Appellee who stated that they do not oppose this request.

/s/Kelley M, Keller
Kelley M. Keller

## CERTIFICATE OF SERVICE

A true and correct copy of this *Appellant's Second Unopposed Motion for Extension of Time to File Appellant's Brief* has been forwarded to all counsel of record on March 31, 2015, via e-service as follows:

William Helfand
C. Larry Carbo III
CHAMBERLAIN, HRDLICKA, WHITE,
   WILLIAMS & AUGHTRY
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone:  713-654-9630
Facsimile:   713-658-2553

*Attorneys for Appellee*
*Piping Technology & Products, Inc.*

/s/Kelley M. Keller
Kelley M. Keller